608

467 A.2d .57

Moore v. Moore, Appellant.

Argued March 31, 1983. John Michael Leonard, for appellant; Henry A. Hudson, Jr., for appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Orders affirmed.

467 A.2d 57

Schmidt, etc., Appellant v. Kelly.

Argued May 3, 1983. Jeffrey L. Rudnick, for appellant; Walter A. McClatchy, Jr., for appellee.

Before CERCONE, President Judge, McEWEN and HOFFMAN, JJ.

Affirmed.